No. 619. Smith *v.* Zerbst, Warden. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave

to proceed further *in forma pauperis,* denied. *Sidney Charles Smith, pro se.* No appearance for respondent.